Lynch, J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

JOHN BOYD, et al.,

      Plaintiffs,

vs.

AWB LIMITED and AWB
(U.S.A.) LIMITED,

      Defendants.

07 CV 3007 (GEL)

ECF CASE

STIPULATION
AND [PROPOSED] ORDER

---

  WHEREAS the Complaint in this action, filed April 16, 2007 (the "*Boyd*

Complaint"), contains certain factual allegations that are similar to those in the Complaint in an

action styled *Karim et al v. AWB Limited et al*, Civil Action No. 06-cv-15400 (GEL), which was

filed in this Court on December 22, 2006 (the "*Karim* Action") and assigned to the Hon. Gerard

E. Lynch;

  WHEREAS the parties to the *Karim* Action entered into a Stipulation which,

among other things, established a schedule for the filing and service of an Amended Complaint

by the plaintiffs in the *Karim* Action, and for responses thereto by the defendants in the *Karim*

Action, and that Stipulation was endorsed and filed by the Court on February 15, 2007;

  WHEREAS on April 19, 2007, this action was accepted as related to the *Karim*

Action, for purposes of Rule 15 of the Rules for the Division of Business Among District Judges

of the Southern District of New York, and was assigned to the Hon. Gerard E. Lynch;

  WHEREAS Defendants have not yet responded to the *Boyd* Complaint;

WHEREAS the parties to this action desire to establish an orderly schedule for responses to the *Boyd* Complaint by Defendants, address service of process and establish procedures for service of pleadings and papers in this action;

WHEREAS the parties to this action agree that the interests of efficiency and judicial economy would be served by a stipulation similar to that entered into in the *Karim* Action, establishing a schedule for the briefing of any motions to dismiss pursuant to Fed. R. Civ. P. 12 that may be filed in this action that is coordinated with the schedule for briefing of any such motions in the *Karim* Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, as follows:

1. Unless otherwise agreed by all parties, each Defendant will respond to the Boyd Complaint on or before July 19, 2007, by serving and filing its Answer, Motion to Dismiss or other responsive pleading.

2. If any Defendant files a Motion to Dismiss the Boyd Complaint, Plaintiffs' papers in opposition to such Motion(s) shall be served and filed within 60 days after the date of service of such Motion(s), exclusive of such date of service. Each moving Defendant shall file its reply papers in support of such Motion(s) within 30 days after the date of service of Plaintiffs' opposition papers.

3. If the date by which any pleading or paper would otherwise be due to be served and/or filed under this Stipulation falls on a Saturday, Sunday or holiday, service or filing of such pleading or paper shall be effected by the next business day after such date.

4. Each Defendant hereby acknowledges that service of process in this action has been effected. Each Defendant hereby expressly reserves all defenses it may have, other

than insufficiency of service of process, to the Plaintiffs' claims in this action and expressly reserves its right to assert, among other defenses, that this Court lacks subject matter jurisdiction, lacks personal jurisdiction with respect to that Defendant or is an inconvenient forum.

5. Henceforth, filing and service of all pleadings and court papers in this action shall be effected by compliance with the Southern District of New York Procedures for Electronic Case Filing and Local Civil Rule 5.2. All parties shall, in addition, provide courtesy copies of all documents filed with the Court to counsel for the other parties by delivering by email a PDF file (or PDF files) containing all such documents to:

    (a)    In the case of Plaintiffs:

         Seth R. Gassman, Esq.
         Michael D. Hausfeld, Esq.
         Benjamin D. Brown, Esq.
         Hilary K. Ratway, Esq.
         Andrea L. Hertzfeld, Esq.
         Cohen, Milstein, Hausfeld & Toll, PLLC
         Email: sgassman@cmht.com
                 lawinfo@cmht.com
                 bbrown@cmht.com
                 hratway@cmht.com
                 ahertzfeld@cmht.com

         L. Palmer Foret, Esq.
         The Law Firm of L. Palmer Foret, PC
         Email: lpforet@foretlaw.com

         Roderick E. Edmond, Esq.
         Craig T. Jones, Esq.
         Edmond & Jones, LLP
         Email: drrod4u@edmondfirm.com
                 cjones@edmondfirm.com

         Michael P. Lehmann, Esq.
         Furth, Lehmann & Grant, LLP
         Email: mplehmann@furth.com

        Bruce L. Simon, Esq.
        Gary S. Soter, Esq.
        Pearson, Simon, Warshaw, Penny, LLP
        Email: bsimon@psswplaw.com
               gsoter@psswplaw.com

        Roberta D. Liebenberg, Esq.
        Donald L. Perelman, Esq.
        Fine, Kaplan & Black, LLP
        Email: rliebenberg@finekaplan.com
               dperelman@finekaplan.com

(b)    In the case of Defendants AWB Limited and AWB (U.S.A.) Limited:

        Robert H. Baron, Esq.
        Timothy G. Cameron
        Cravath, Swaine & Moore LLP
        Email: rbaron@cravath.com
               tcameron@cravath.com

6.    Any correspondence relating in any way to this action that is sent or delivered in any fashion to the Court shall be delivered simultaneously to the other counsel identified in paragraph 5 above, including by email attaching a PDF file (or PDF files) containing the complete contents of such correspondence.

7.    Within 14 days following the resolution of all motions pursuant to Fed. R. Civ. P. 12(b), unless this action shall have been dismissed in its entirety, counsel for all parties shall meet and confer regarding a proposed schedule for (a) Fed. R. Civ. P. 26(a)(1) disclosures, (b) discovery with respect to class certification issues, and (c) discovery with respect to the merits of the action, and a proposed Civil Case Management Plan ("CCMP"). Within 10 days thereafter, the parties shall submit an agreed CCMP for the Court's approval or, if there are any disagreements with respect to the matters to be addressed in the CCMP, shall submit such disputes to the Court for resolution. This Stipulation shall not waive or prejudice the right of Plaintiffs to seek appropriate discovery in connection with the Court's consideration of a motion

to dismiss pursuant to Fed. R. Civ. P. 12(b) with respect to a matter that is raised by a moving Defendant as a ground for such a motion.

Dated: May 2, 2007

                        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

                        by _____
                            Seth R. Gassman, Esq. (SG-8116)
                            Michael D. Hausfeld, Esq.
                            Benjamin D. Brown, Esq.
                            Hilary K. Ratway, Esq.
                            Andrea L. Hertzfeld, Esq.

            150 East 52nd Street, Thirtieth Floor
                New York, NY 10022
                    Telephone (212) 838-7797
                        Telecopy (212) 838-7745

L. Palmer Foret, Esq.
THE LAW FIRM OF L. PALMER FORET, PC
    1735 20th Street, NW
        Washington, DC 20009
            Telephone (202) 332-2404
                Telecopy (202) 332-2808

Roderick E. Edmond, Esq.
Craig T. Jones, Esq.
EDMOND & JONES, LLP
    127 Peachtree Street N.E.
        Suite 410
           Atlanta, GA 30303
                Telephone (404) 525-1080
                  Telecopy (404) 525-1073

Michael P. Lehmann, Esq.
FURTH, LEHMANN & GRANT, LLP
    225 Bush Street, 15th Floor
        San Francisco, CA 94104
            Telephone (415) 433-2070
                Telecopy (415) 433-2076

Bruce L. Simon, Esq.
Gary S. Soter, Esq.
PEARSON, SIMON, WARSHAW, PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone (415) 433-9000
Telecopy (415) 433-9008

Roberta D. Liebenberg, Esq.
Donald L. Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone (215) 567-6565
Telecopy (215) 568-5872

*Counsel for Plaintiffs*

CRAVATH, SWAINE & MOORE LLP

by  _____
Robert H. Baron (RB-3765)
A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1400
Telecopy (212) 474-3700

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

5/7/07