```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN BOYD, et al.,

                          Plaintiffs,

      v.

AWB LIMITED and AWB
(U.S.A.) LIMITED,

                          Defendants.

07 CV 3007 (GEL)

ECF CASE

STIPULATION
AND [~~PROPOSED~~] ORDER

       WHEREAS on April 19, 2007, this action was accepted as related to an action styled *Karim et al v. AWB Limited et al*, Civil Action No. 06-cv-15400 (GEL), which was filed in this Court on December 22, 2006 (the "*Karim* Action"), for purposes of Rule 15 of the Rules for the Division of Business Among District Judges of the Southern District of New York, and was assigned to this Court;

       WHEREAS by Stipulation and Order so ordered by this Court on May 7, 2007, this Court established a briefing schedule for defendants' responses to plaintiffs' Complaint in this action that was coordinated with the briefing schedule in the *Karim* Action;

       WHEREAS following a request by counsel for plaintiffs in the *Karim* Action, the parties in that case have agreed to an extension to the schedule in that case so as to permit the *Karim* plaintiffs an additional 30 days in which to file and serve an Amended Complaint, and have filed a Stipulation in that matter today, seeking the Court's approval of such an extension;

       WHEREAS, in the interests of efficiency and judicial economy, the parties to this action wish to maintain a briefing schedule in this case that is coordinated with the *Karim* Action, and thus are willing to agree to a similar extension of the schedule herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval of the Court, as follows:

1. Plaintiffs may, at their option, serve and file an Amended Complaint in this matter on or before June 15, 2007.

2. Unless otherwise agreed by all parties, each defendant will respond either to the Complaint, or an Amended Complaint (if filed), on or before August 17, 2007, by serving and filing its Answer, Motion to Dismiss or other responsive pleading.

3. If any defendant files a Motion to Dismiss the Complaint, or an Amended Complaint (if filed), plaintiffs' papers in opposition to such Motion(s) shall be served and filed on or before October 15, 2007. Each moving defendant shall file its reply papers in support of such Motion(s) on or before November 16, 2007.

4. Within 14 days following the entry of an order disposing of any motions to dismiss the Complaint, or an Amended Complaint (if filed), unless this action shall have been dismissed in its entirety, counsel for all parties shall meet and confer regarding a proposed schedule for (a) Fed. R. Civ. P. 26(a)(1) disclosures, (b) discovery with respect to class certification issues, and (c) discovery with respect to the merits of the action, and a proposed Civil Case Management Plan ("CCMP"). Within 10 days thereafter, the parties shall submit an agreed CCMP for the Court's approval or, if there are any disagreements with respect to the matters to be addressed in the CCMP, shall submit such disputes to the Court for resolution. This Stipulation shall not waive or prejudice the right of plaintiffs to seek appropriate discovery in connection with the Court's consideration of a motion to dismiss pursuant to Fed. R. Civ. P. 12(b) with respect to a matter that is raised by a moving defendant as a ground for such a motion.

5.  All other provisions of the Stipulation and Order so ordered by this Court on May 7, 2007, not expressly altered herein shall remain in full force and effect.

Dated: May 14, 2007

                          COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

                          by  _____
                                  Seth R. Gassman, Esq. (SG-8116)
                                  Michael D. Hausfeld, Esq.
                                  Benjamin D. Brown, Esq.
                                  Hilary K. Ratway, Esq.
                                  Andrea L. Hertzfeld, Esq.

                150 East 52nd Street, Thirtieth Floor
                     New York, NY 10022
                        Telephone (212) 838-7797
                          Telecopy  (212) 838-7745

L. Palmer Foret, Esq.
THE LAW FIRM OF L. PALMER FORET, PC
   1735 20th Street, NW
      Washington, DC 20009
         Telephone (202) 332-2404
           Telecopy  (202) 332-2808

Roderick E. Edmond, Esq.
Craig T. Jones, Esq.
EDMOND & JONES, LLP
   127 Peachtree Street N.E.
      Suite 410
         Atlanta, GA 30303
           Telephone (404) 525-1080
             Telecopy  (404) 525-1073

Michael P. Lehmann, Esq.
FURTH, LEHMANN & GRANT, LLP
   225 Bush Street, 15th Floor
      San Francisco, CA 94104
         Telephone (415) 433-2070
           Telecopy  (415) 433-2076

Bruce L. Simon, Esq.
Gary S. Soter, Esq.
PEARSON, SIMON, WARSHAW, PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone (415) 433-9000
Telecopy (415) 433-9008

Roberta D. Liebenberg, Esq.
Donald L. Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone (215) 567-6565
Telecopy (215) 568-5872

*Counsel for Plaintiffs*

CRAVATH, SWAINE & MOORE LLP

by _____
Robert H. Baron, Esq. (RB-3765)

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000
Telecopy (212) 474-3700

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

5/31/07

-4-