UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 07-cv-3007 |
| ) | |
| v. ) | **MOTION TO ADMIT COUNSEL** |
| ) | **PRO HAC VICE** |
| AWB LIMITED and AWB (U.S.A.) ) | |
| LIMITED, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth R. Gassman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Benjamin D. Brown
> Cohen, Milstein, Hausfeld & Toll, PLLC
> West Tower, Suite 500
> 1100 New York Avenue, NW
> Washington, DC 20005
> Tel: 202-408-4600
> Fax: 202-408-4699
> bbrown@cmht.com

Benjamin D. Brown is a member in good standing of the Bar of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against him in any State or Federal court.

Dated: July 11, 2007

Respectfully submitted,

*/s/ Seth*

Seth R. Gassman (SG-8116)
Cohen, Milstein, Hausfeld & Toll, PLLC
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Tel: 212-838-7797
Fax: 212-838-7745

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD et al., <br><br> Plaintiffs, <br><br> v. <br><br> AWB LIMITED and AWB (U.S.A.) LIMITED, <br><br> Defendants. | Case No. 07-cv-3007 <br><br> **AFFIDAVIT OF SETH R. GASSMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York    )
                     )  ss:
County of New York   )

Seth R. Gassman, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Cohen, Milstein, Hausfeld & Toll, PLLC, counsel for Plaintiffs in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Benjamin D. Brown as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in April 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Benjamin D. Brown since March 2007.

4. Mr. Brown is a partner at Cohen, Milstein, Hausfeld & Toll, PLLC, in Washington, DC.

5. I have found Mr. Brown to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am please to move the admission of Benjamin D. Brown, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Benjamin D. Brown, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Benjamin D. Brown, pro hac vice, to represent Plaintiffs in the above captioned matter be granted.

_____
Seth R. Gassman (SG-8116)

Sworn to before me this
11th day of July, 2007

_____
Notary Public

THERESA A. GRAHAM
Notary Public, State of New York
No. 01GR5054854
Qualified in Bronx County
Commission Expires Jan. 29, 20___

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AWB LIMITED and AWB (U.S.A.) )<br>LIMITED, )<br>)<br>Defendants. )<br>_____) | Case No. 07-cv-3007<br><br>**[PROPOSED] ORDER FOR**<br>**ADMISSION PRO HAC VICE** |

Upon the motion of Seth R. Gassman, counsel for Plaintiffs in the above captioned case, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

> Benjamin D. Brown
> Cohen, Milstein, Hausfeld & Toll, PLLC
> West Tower, Suite 500
> 1100 New York Avenue, NW
> Washington, DC 20005
> Tel: 202-408-4600
> Fax: 202-408-4699
> bbrown@cmht.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the clerk of the Court.

Dated: _____, 2007            _____
                                          Gerard E. Lynch
                                          United States District Judge

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 22, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BENJAMIN DOYLE BROWN, #202545 was admitted to the practice of law in this state by the Supreme Court of California on September 29, 1999; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BENJAMIN D. BROWN

was on the 9th day of January, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 18, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, SETH R. GASSMAN, certify that I served a true and correct copy of the foregoing Motion to Admit Counsel Pro Hac Vice by First Class Mail on this 11th day of July, 2007 upon the following counsel of record:

> L. Palmer Foret, Esq.
> THE LAW FIRM OF L. PALMER FORET, PC
> 1735 20th Street, NW
> Washington, DC 20009
> Telephone (202) 332-2404
> Telecopy (202) 332-2808
>
> Michael P. Lehmann, Esq.
> FURTH, LEHMANN & GRANT, LLP
> 225 Bush Street, 15th Floor
> San Francisco, CA 94104
> Telephone (415) 433-2070
> Telecopy (415) 982-2076
>
> Bruce L. Simon, Esq.
> Gary S. Soter, Esq.
> PEARSON, SIMON, WARSHAW, PENNY, LLP
> 44 Montgomery Street, Suite 1200
> San Francisco, CA 94104
> Telephone (415) 433-9000
> Telecopy (415)433-9008
>
> Roberta D. Liebenberg, Esq.
> Donald L. Perelman, Esq.
> FINE, KAPLAN & BLACK, RPC
> 1835 Market Street, 28th Floor
> Philadelphia, Pennsylvania 19103
> Telephone (215) 567-6565
> Telecopy (215) 568-5872
>
> *Counsel for Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard and Pat Dailey.*

1

Gerald J. Rodos, Esq.
Mark R. Rosen, Esq.
Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone (215) 963-0600
Telecopy (215) 963-0838

A. Arnold Gershon, Esq.
Gloria Kui, Esq.
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone (212) 688-0782


Anthony J. Bolognese, Esq.
Joshua H. Grabar, Esq.
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750

*Counsel for Plaintiff Melvin Erb*


Steven A. Asher, Esq.
Mindee J. Reuben, Esq.
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone (215) 545-7200
Telecopy (215) 545-6535


W. Joseph Bruckner
Richard A. Lockridge
Lisa M. Pollard
LOCKRIDGE GRINDAL NAUEN PLLP
Suite 2200
100 Washington Avenue South

2

Minneapolis, MN 55401
Telephone (612) 339-6900
Telecopy (612) 339-0981

Joseph C. Kohn
KOHN, SWIFT & GRAF, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone (215) 238-1700
Telecopy (215) 238-1968

Thomas S. McNamara
INDIK & MCNAMARA, PC
100 South Broad Street
Suite 2300
Philadelphia, PA 19110
Telephone (215) 567-7125
Telecopy (215) 563-8330
*Counsel for Plaintiff Dennis Brothers*


Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

_____
Seth R. Gassman

3