UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD et al., <br><br> Plaintiffs, <br><br> v. <br><br> AWB LIMITED and AWB (U.S.A.) LIMITED, <br><br> Defendants. | Case No. 07-cv-3007 <br><br> [~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE |

Upon the motion of Seth R. Gassman, counsel for Plaintiffs in the above captioned case, and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

>Hilary K. Ratway
>Cohen, Milstein, Hausfeld & Toll, PLLC
>West Tower, Suite 500
>1100 New York Avenue, NW
>Washington, DC 20005
>Tel: 202-408-4600
>Fax: 202-408-4699
>hratway@cmht.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/07

is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the clerk of the Court.

Dated: July 23, 2007

_____
Gerard E. Lynch
United States District Judge