UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD, VERYL SWITZER, GILLIAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB and DENNIS BROTHERS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>AWB LIMITED and AWB (U.S.A.) LIMITED,<br><br>          Defendants. | Case No. 07-cv-3007 |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Please take note that Michael P. Lehmann, previously associated with Furth, Lehmann & Grant, LLP, counsel for Plaintiffs, is now associated with Cohen, Milstein, Hausfeld & Toll, P.L.L.C., also counsel for Plaintiffs. His new contact information is:

        Michael P. Lehmann
        Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
        One Embarcadero Center, Suite 526
        San Francisco, CA 94111
        Phone: 415-623-2048
        Fax: 415-623-2049
        E-mail: mlehmann@cmht.com

Respectfully submitted,

By: _____/s/_____Seth R. Gassman_____

        Seth R. Gassman (SG-8116)
        COHEN, MILSTEIN, HAUSFELD &
        TOLL, P.L.L.C.
        150 East 52nd Street, Thirtieth Floor
        New York, NY 10022
        Tel: 212-838-7797
        Fax: 212-838-7745

        Michael D. Hausfeld
        Benjamin D. Brown
        Hilary K. Ratway
        COHEN, MILSTEIN, HAUSFELD &
        TOLL, P.L.L.C.
        1100 New York Avenue, N.W.
        West Tower, Suite 500
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4669
        Email: mhausfeld@cmht.com
        Email: dsmall@cmht.com
        Email: hratway@cmht.com

        *Counsel for Plaintiffs John Boyd,*
        *Veryl Switzer, Gillan Alexander,*
        *Rod Bradshaw, Wilburt Howard and*
        *Pat Dailey.*

## CERTIFICATE OF SERVICE

I, SETH R. GASSMAN, certify that I served a true and correct copy of the foregoing Notice of Change of Firm Affiliation by First Class Mail on this __ day of August, 2007 upon the following counsel of record:

| | |
|---|---|
| Gerald J. Rodos, Esq.<br>Mark R. Rosen, Esq.<br>Jeffrey B. Gittleman, Esq.<br>Chad A. Carder, Esq.<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone (215) 963-0600<br>Telecopy (215) 963-0838<br><br>A. Arnold Gershon, Esq.<br>Gloria Kui, Esq.<br>BARRACK, RODOS & BACINE<br>1350 Broadway, Suite 1001<br>New York, NY 10018<br>Telephone (212) 688-0782<br><br>Anthony J. Bolognese, Esq.<br>Joshua H. Grabar, Esq.<br>BOLOGNESE & ASSOCIATES, LLC<br>One Penn Center<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103<br>Telephone: (215) 814-6750<br>*Counsel for Plaintiff Melvin Erb* | L. Palmer Foret, Esq.<br>THE LAW FIRM OF L. PALMER FORET, PC<br>1735 20th Street, NW<br>Washington, DC 20009<br>Telephone (202) 332-2404<br>Telecopy (202) 332-2808<br><br>Bruce L. Simon, Esq.<br>Gary S. Soter, Esq.<br>PEARSON, SIMON, WARSHAW, PENNY, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Telephone (415) 433-9000<br>Telecopy (415)433-9008<br><br>Roberta D. Liebenberg, Esq.<br>Donald L. Perelman, Esq.<br>FINE, KAPLAN & BLACK, RPC<br>1835 Market Street, 28th Floor<br>Philadelphia, Pennsylvania 19103<br>Telephone (215) 567-6565<br>Telecopy (215) 568-5872<br><br>*Counsel for Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard and Pat Dailey.* |

| | |
|---|---|
| Steven A. Asher, Esq.<br>Mindee J. Reuben, Esq.<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, PA 19103<br>Telephone (215) 545-7200<br>Telecopy (215) 545-6535<br><br>Joseph C. Kohn<br>KOHN, SWIFT & GRAF, PC<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone (215) 238-1700<br>Telecopy (215) 238-1968 | W. Joseph Bruckner<br>Richard A. Lockridge<br>Lisa M. Pollard<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>Suite 2200<br>100 Washington Avenue South<br>Minneapolis, MN 55401<br>Telephone (612) 339-6900<br>Telecopy (612) 339-0981<br><br>Thomas S. McNamara<br>INDIK & MCNAMARA, PC<br>100 South Broad Street<br>Suite 2300<br>Philadelphia, PA 19110<br>Telephone (215) 567-7125<br>Telecopy (215) 563-8330 |

*Counsel for Plaintiff Dennis Brothers*

Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

                                                /s/ Seth R. Gassman
                                                 Seth R. Gassman