

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN BOYD, VERYL SWITZER, GILLAN
ALEXANDER, ROD BRADSHAW, WILBURT
HOWARD, PAT DAILEY, MELVIN ERB, and
DENNIS BROTHERS on behalf of themselves
and all others similarly situated,

                Plaintiffs,

    v.

AWB LIMITED and AWB (U.S.A.) LIMITED,

                Defendants.

---

ECF CASE

07 CV 3007 (GEL)

## STIPULATION AND ORDER

        WHEREAS counsel for defendants in the above-captioned matter has requested an extension of the page limitation for a memorandum of law in support of a motion to dismiss the Consolidated Class Action Complaint ("Motion to Dismiss") from 25 to 35 pages, and for a reply memorandum from 10 to 15 pages.

        WHEREAS counsel for plaintiffs have agreed to that request, on the basis that the page limitation for a memorandum of law in opposition to a Motion to Dismiss be extended from 25 to 35 pages.

        WHEREAS the parties agree that an extension of the page limitation is necessary to give the Court a full and fair consideration of any Motion to Dismiss.

        NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval of the Court, as follows:

1. The page limitation on memoranda of law in support of, and in opposition to, a Motion to Dismiss shall be extended from 25 to 35 pages.

2. The page limitation on a reply memorandum of law in support of such motion shall be extended from 10 to 15 pages.

August ___, 2007

        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

        by _____
            Seth R. Gassman, Esq.

        150 East 52nd Street
        Thirtieth Floor
        New York, NY 10022
        Telephone (212) 838-7797
        Telecopy (212) 838-7745

        Michael D. Hausfeld, Esq.
        Benjamin D. Brown, Esq.
        Hilary K. Ratway, Esq.
        Andrea L. Hertzfeld, Esq.
        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
        West Tower, Suite 500
        1100 New York Avenue NW
        Washington, DC 20005
        Telephone (202) 408-4600
        Telecopy (202) 408-4699

        L. Palmer Foret, Esq.
        THE LAW FIRM OF L. PALMER FORET, PC
        1735 20th Street, NW
        Washington, DC 20009
        Telephone (202) 332-2404
        Telecopy (202) 332-2808

        Roderick E. Edmond, Esq.
        Craig T. Jones, Esq.
        EDMOND & JONES, LLP
        127 Peachtree Street N.E.

Suite 410
Atlanta, GA 30303
Telephone (404) 525-1080
Telecopy (404) 525-1073

Michael P. Lehmann, Esq.
FURTH, LEHMANN & GRANT, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone (415) 433-2070
Telecopy (415) 982-2076

Bruce L. Simon, Esq.
Gary S. Soter, Esq.
PEARSON, SIMON, WARSHAW, PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone (415) 433-9000
Telecopy (415) 433-9008

Roberta D. Liebenberg, Esq.
Donald L. Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone (215) 567-6565
Telecopy (215) 568-5872

*Counsel for Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard and Pat Dailey.*


BARRACK, RODOS & BACINE

by  *Gerald J. Rodos*
Gerald J. Rodos, Esq.
Mark R. Rosen, Esq.
Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

3

Telephone (215) 963-0600
Telecopy (215) 963-0838


A. Arnold Gershon, Esq.
Gloria Kui, Esq.
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone (212) 688-0782
Telecopy (212) 688-0783


Anthony J. Bolognese, Esq.
Joshua H. Grabar, Esq.
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Telecopy: (215) 814-6764

*Counsel for Plaintiff Melvin Erb*


WEINSTEIN KITCHENOFF & ASHER LLC

by  /s/ Mindee J. Reuben
_____
Steven A. Asher, Esq.
Mindee J. Reuben, Esq.

1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone (215) 545-7200
Telecopy (215) 545-6535


W. Joseph Bruckner
Richard A. Lockridge
Lisa M. Pollard
LOCKRIDGE GRINDAL NAUEN PLLP
Suite 2200
100 Washington Avenue South

4

Minneapolis, MN 55401
Telephone (612) 339-6900
Telecopy (612) 339-0981

Joseph C. Kohn
KOHN, SWIFT & GRAF, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone (215) 238-1700
Telecopy (215) 238-1968

Thomas S. McNamara
INDIK & MCNAMARA, PC
100 South Broad Street
Suite 2300
Philadelphia, PA 19110
Telephone (215) 567-7125
Telecopy (215) 563-8330
*Counsel for Plaintiff Dennis Brothers*

CRAVATH, SWAINE & MOORE LLP,

by _____
Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm

825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000
Telecopy (212) 474-3700

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

**SO ORDERED:**

_____
Hon. Gerard E. Lynch
U.S.D.J.
8/1/07

5