UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD, VERYL SWITZER, GILLAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB, and DENNIS BROTHERS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AWB LIMITED and AWB (U.S.A.) LIMITED,<br><br>Defendants. | ECF CASE<br><br>No. 1:07 CV 3007 (GEL) |

### DECLARATION OF TIMOTHY G. CAMERON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

TIMOTHY G. CAMERON hereby declares as follows:

1.  I am a member of the bar of the State of New York. I am also a member of the firm of Cravath, Swaine & Moore LLP, attorneys for Defendants AWB Limited and AWB (U.S.A.) Limited in this action. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of pages 265-279, (Chapter 3(III)(A) – IV(A)), excerpted from the report entitled <u>Manipulation of the Oil-For-Food Programme by the Iraqi Regime</u>, by Paul A. Volcker, Chairman, Indep. Inquiry Comm. Into the United Nations Oil-For-Food Programme, dated October 27, 2005.

2

3. Attached hereto as Exhibit B is a true and correct copy of the Convention on Combating Bribery of Foreign Public Officials in International Business Transactions, DAFFE/IME/BR(97)20, dated November 21, 1997.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2007.

_____
Timothy G. Cameron