*Lynch, T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN BOYD, VERYL SWITZER, GILLAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB, and DENNIS BROTHERS on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

AWB LIMITED and AWB (U.S.A.) LIMITED,

    Defendants.

No. 1:07 CV 3007 (GEL)

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, defendants in the above-captioned matter filed a motion to dismiss this case on August 17, 2007;

WHEREAS, pursuant to a Stipulation and Order so ordered by the Court on May 31, 2007, plaintiffs' papers in opposition to defendants' motion to dismiss are currently due to be served and filed on or before October 15, 2007, and defendants' reply papers in further support of their motion to dismiss are currently due to be served and filed on or before November 16, 2007;

WHEREAS, pursuant to a Stipulation and Order so ordered by the Court on August 10, 2007, following a request by defendants for an extension of the page limitation, the page limitation was extended from 25 to 35 pages for defendants' memorandum of law in support of their motion to dismiss, from 25 to 35 pages for plaintiffs' opposition thereto, and from 10 to 15 pages for defendants' reply memorandum;

WHEREAS, plaintiffs have requested an extension of time to October 24, 2007, to file their opposition to defendants' motion to dismiss and an extension of the page limitation for their opposition memorandum from 35 to 50 pages;

WHEREAS, defendants have agreed to that request, provided that the time for them to file their reply memorandum in further support of their motion to dismiss be extended to December 3, 2007, and the page limitation for that reply memorandum be extended from 15 to 30 pages;

WHEREAS, the parties agree that the extensions of time and of the page limitations provided herein are necessary and appropriate;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all parties herein, subject to approval of the Court, as follows:

1. Plaintiffs' memorandum of law in opposition to defendants' motion to dismiss shall be filed on or before October 24, 2007.

2. Defendants' reply memorandum of law in further support of their motion to dismiss shall be filed on or before December 3, 2007.

3. The page limitation for plaintiffs' memorandum of law in opposition to defendants' motion to dismiss shall be extended from 35 to 50 pages.

4. The page limitation for defendants' reply memorandum of law in further support of their motion to dismiss shall be extended from 15 to 30 pages.

5. All other provisions of the Stipulation and Order filed in the Boyd Action on May 14, 2007, and so ordered by this Court on May 31, 2007, as well as the previous Stipulation

and Order in the Boyd Action so ordered by this Court on May 7, 2007, that are not expressly altered or amended herein shall remain in full force and effect.

Dated: October 11, 2007

        COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC

By: _____
Seth R. Gassman, Esq.
150 East 52nd Street
Thirtieth Floor
New York, NY 10022
Telephone (212) 838-7797
Telecopy (212) 838-7745

Michael D. Hausfeld, Esq.
Benjamin D. Brown, Esq.
Hilary K. Ratway, Esq.
Andrea L. Hertzfeld, Esq.
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
West Tower, Suite 500
1100 New York Avenue NW
Washington, DC 20005
Telephone (202) 408-4600
Telecopy (202) 408-4699

L. Palmer Foret, Esq.
THE LAW FIRM OF L. PALMER FORET, PC
1735 20th Street, NW
Washington, DC 20009
Telephone (202) 332-2404
Telecopy (202) 332-2808

Roderick E. Edmond, Esq.
Craig T. Jones, Esq.
EDMOND & JONES, LLP
127 Peachtree Street N.E.
Suite 410
Atlanta, GA 30303
Telephone (404) 525-1080
Telecopy (404) 525-1073

Michael P. Lehmann, Esq.
FURTH, LEHMANN & GRANT, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone (415) 433-2070
Telecopy (415) 982-2076

Bruce L. Simon, Esq.
Gary S. Soter, Esq.
PEARSON, SIMON, WARSHAW, PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone (415) 433-9000
Telecopy (415)433-9008

Roberta D. Liebenberg, Esq.
Donald L. Perelman, Esq.
FINE, KAPLAN & BLACK, RPC
1835 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
Telephone (215) 567-6565
Telecopy (215) 568-5872

*Counsel for Plaintiffs John Boyd, Veryl Switzer, Gillan Alexander, Rod Bradshaw, Wilburt Howard and Pat Dailey.*


BARRACK, RODOS & BACINE

By: _____
    Gerald J. Rodos, Esq.
Mark R. Rosen, Esq.
Jeffrey B. Gittleman, Esq.
Chad A. Carder, Esq.
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone (215) 963-0600
Telecopy (215) 963-0838

4

A. Arnold Gershon, Esq.
Gloria Kui, Esq.
BARRACK, RODOS & BACINE
1350 Broadway, Suite 1001
New York, NY 10018
Telephone (212) 688-0782

Anthony J. Bolognese, Esq.
Joshua H. Grabar, Esq.
BOLOGNESE & ASSOCIATES, LLC
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750

*Counsel for Plaintiff Melvin Erb*


WEINSTEIN KITCHENOFF & ASHER LLC

By: _____/s/_____
    Steven A. Asher, Esq.
Mindee J. Reuben, Esq.
1845 Walnut Street
Suite 1100
Philadelphia, PA 19103
Telephone (215) 545-7200
Telecopy (215) 545-6535

W. Joseph Bruckner
Richard A. Lockridge
Lisa M. Pollard
LOCKRIDGE GRINDAL NAUEN PLLP
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Telephone (612) 339-6900
Telecopy (612) 339-0981

Joseph C. Kohn
KOHN, SWIFT & GRAF, PC
One South Broad Street
Suite 2100
Philadelphia, PA 19107
Telephone (215) 238-1700
Telecopy (215) 238-1968

5

Thomas S. McNamara
INDIK & MCNAMARA, PC
100 South Broad Street
Suite 2300
Philadelphia, PA 19110
Telephone (215) 567-7125
Telecopy (215) 563-8330

*Counsel for Plaintiff Dennis Brothers*


CRAVATH, SWAINE & MOORE LLP,

By: _____
    Robert H. Baron, Esq.
    Timothy G. Cameron, Esq.
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*


**SO ORDERED:**

_____
Hon. Gerard E. Lynch, U.S.D.J.

6