## **CERTIFICATE OF SERVICE**

   I, Hilary K. Ratway, certify that I served a true and correct copy of the foregoing Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint on this 24th day of October, 2007 upon the following counsel of record:

Robert H. Baron, Esq.
Timothy G. Cameron, Esq.
Members of the Firm
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone (212) 474-1000

*Counsel for Defendants AWB Limited and AWB (U.S.A.) Limited*

                */s/ Hilary K. Ratway*
                Hilary K. Ratway