

COHEN MILSTEIN
HAUSFELD & TOLL PLLC

Benjamin D. Brown
(202) 589-2288
bbrown@cmht.com

October 25, 2007

VIA ELECTRONIC CASE FILING
The Honorable Gerard E. Lynch
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 910
New York, NY 10007

  Re: *Boyd et al. v. AWB Ltd. et al.*, No. 07-cv-3007

Dear Judge Lynch:

  Plaintiffs in the above-captioned matter respectfully request oral argument on Defendants' Motion to Dismiss the Consolidated Class Action Complaint (Docket No. 14).

       Sincerely,

       Benjamin D. Brown

cc: All Counsel Via ECF

1100 New York Avenue, N.W. Suite 500, West Tower Washington, D.C. 20005 t: 202 408 4600 f: 202 408 4699 www.cmht.com

Washington, D.C. New York Philadelphia Chicago London