UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD, VERYL SWITZER, GILLAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB, and DENNIS BROTHERS on behalf of themselves and all others similarly situated,<br><br>                                        Plaintiffs,<br><br>v.<br><br>AWB LIMITED and AWB (U.S.A.) LIMITED,<br><br>                                        Defendants. | ECF CASE<br><br>No. 1:07 CV 3007 (GEL) |

## REPLY DECLARATION OF DANIEL P. ROESER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

DANIEL P. ROESER hereby declares as follows:

1.  I am a member of the bar of the State of New York. I am associated with the firm of Cravath, Swaine & Moore LLP, attorneys for Defendants AWB Limited and AWB (U.S.A.) Limited in this action. I submit this reply declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of page 109 from Volume 4, Chapter 31, and pages 345-48 from Volume 5, Appendix 26, of the report entitled Report of the Inquiry into certain Australian companies in relation to the UN Oil-for-Food Programme, by The Honourable Terence RH Cole AO RFD QC, commissioner of said Inquiry, dated November 2006.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit 1495 ("Market Brief 1st Quarter 2003 Iraq") to the report entitled <u>Report of the Inquiry into certain Australian companies in relation to the UN Oil-for-Food Programme</u>, by The Honourable Terence RH Cole AO RFD QC, commissioner of said Inquiry, dated November 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2007.

*Daniel P. Roeser*
Daniel P. Roeser