UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BOYD, VERYL SWITZER, GILLAN ALEXANDER, ROD BRADSHAW, WILBURT HOWARD, PAT DAILEY, MELVIN ERB, and DENNIS BROTHERS on behalf of themselves and all others similarly situated, <br><br>                              Plaintiffs, <br><br> v. <br><br> AWB LIMITED and AWB (U.S.A.) LIMITED, <br><br>                              Defendants. | ECF CASE <br><br> No. 1:07 CV 3007 (GEL) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANTS AWB LIMITED AND AWB (U.S.A.) LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants AWB Limited and AWB (U.S.A.) Limited, by and through their undersigned counsel, state the following:

1. AWB Limited is a registered public company incorporated under the Australian Corporations Act 2001. It has no corporate parent. No publicly held corporation owns ten percent or more of AWB Limited's stock.

2. AWB (U.S.A.) Limited is a wholly owned subsidiary of AWB Limited.

2

December 14, 2007.

                    CRAVATH, SWAINE & MOORE LLP

                    by
                          Robert H. Baron
                          Timothy G. Cameron
                          Members of the Firm

                    825 Eighth Avenue
                      New York, NY 10019
                        (212) 474-1000

                *Attorneys for Defendants AWB Limited and*
                *AWB (U.S.A.) Limited*