UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN BOYD, VERYL SWITZER, GILLAN
ALEXANDER, ROD BRADSHAW, WILBURT
HOWARD, PAT DAILEY, MELVIN ERB, and
DENNIS BROTHERS on behalf of themselves
and all others similarly situated,

                        Plaintiffs,

    -against-

AWB LIMITED and AWB (U.S.A.) LIMITED,
                        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

07 CIVIL 3007 (GEL)

**JUDGMENT**

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on March 25, 2008, having rendered its Opinion and Order granting defendants' motion to dismiss the consolidated class action complaint in its entirety, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2008, defendants' motion to dismiss the consolidated class action complaint is granted in its entirety.

**Dated:** New York, New York
          March 27, 2007

                                      **J. MICHAEL McMAHON**
                                        Clerk of Court
                    BY:
                                          Deputy Clerk

                                      THIS DOCUMENT WAS ENTERED
                                      ON THE DOCKET ON _____